UST-31, 3/03

S. William Manera, Chapter 7 Trustee
P.O. Box 44350
Phoenix, AZ 85064
(602) 795-2796
(602) 795-2817 (fax)
swm-docs@swmanera.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| HERBERT RAFFI JERNUKIAN | ) | CASE NO. 09-09734-PHX CGC |
| GINA FRANCINE JERNUKIAN | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| Debtor(s) | ) | IN THE AMOUNT LESS THAN $5.00 |
| | ) | TO THE CLERK OF THE U.S. B |
| _____ | | BANKRUPTCY COURT |

    S. William Manera, Trustee, reports that the following dividend(s) in amounts less than

$5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not

be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided

in "347" of the Code.

| **CLAIM NO.** | **CREDITOR' S NAME AND ADDRESS** | **AMOUNT** |
|---:|---|---:|
| 1 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $4.45 |
| 12 | MAYO CLINIC ARIZONA BR<br>SDS-12-2931<br>PO BOX 86<br>MINNEAPOLIS, MN 55486-2931 | $4.59 |
| 19 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba GAP<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | $1.55 |
| 2 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $1.25 |
| 20 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba WORLD MARKET/GEMB | $4.49 |

|   |   |   |
|---|---|---|
|   | 25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 |   |
| 3 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $3.92 |
| 5 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $4.27 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $24.52 to the Clerk of the Court to be deposited in the Registry thereof.

March 19, 2010  /s/ S. William Manera
Date  S. William Manera